IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**VALLEY PROTEINS, INC.,**

        Plaintiff,

v.                                              Civil Case No. 2:17-cv-19

**MID-SOUTH STEAM BOILER AND
ENGINEERING CO., INC.,**

        Defendant.

## NOTICE OF RESOLUTION OF CASE

      COMES NOW Defendant, Mid-South Steam Boiler and Engineering Co., Inc., by and through the undersigned counsel, and gives notice to the Court that the parties have resolved this matter. The parties respectfully request forty-five (45) days to submit an agreed dismissal order to the Court.

                                                  Respectfully submitted,

                                                  **MID-SOUTH STEAM BOILER AND
                                                   ENGINEERING CO., INC.**

                                           By: _____/s/_____

Kevin L. Keller (VSB No. 30731)
Patrick D. Blake (VSB No. 45194)
J. David Crain (VSB No. 78399)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
kkeller@wilsav.com
pblake@wilsav.com
jcrain@wilsav.com
*Counsel for Mid-South Steam Boiler and
Engineering Co., Inc.*

I-1523446.1

## CERTIFICATE OF SERVICE

 I hereby certify that on this 15th day of January 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    James L. Chapman, IV, Esquire
    David C. Hartnett, Esquire
    Crenshaw, Ware & Martin, P.L.C.
    150 W. Main Street, Suite 1500
    Norfolk, VA  23510

    Daniel C. Theveny, Esquire
    Daniel J. Luccaro, Esquire
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103

    Samuel J. Pace, Jr., Esquire
    Mark C. Cavanaugh, Esquire
    Dugan, Brinkmann, Maginnis & Pace
    1880 John F. Kennedy Blvd., Suite 1400
    Philadelphia, PA 19103
    *Counsel for Plaintiff*

          /s/
          J. David Crain